IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL ACTION FILE NO. 5:14-cv-00124-RLV-DSC

| | |
|---|---|
| BEOCARE GROUP, INC. AND BEOCARE, INC.,<br>    Plaintiffs<br><br>v.<br><br>MICHAEL J. MORRISSEY (INDIVIDUALLY AND IN HIS CAPACITY AS MANAGER OR MANAGING MEMBER OF EM INTERNATIONAL, LLC, EM MEDICAL, LLC, MB HEALTH PERFORMANCE, LLC, AND MB HEALTH, LLC), MEDICAL KNITTED STRUCTURES, INC., GARRETT COOPER (individually and in his capacity as Vice-President of Medical Knitted Structures, Inc.), EM INTERNATIONAL, LLC, EM MEDICAL, LLC, SUZANNE SERL (individually and in her capacity as manager and member of Alliance Labs, LLC), STEVE VALENTINE, PHARMACEUTICAL SALES SOLUTIONS, LLC, ROBERT THOMAS (individually and in his capacity as manager and member of Pharmaceutical Sales Solutions, LLC)<br><br>    Defendants. | ORDER GRANTING STAY PENDING SETTLEMENT DISCUSSIONS |

  THIS CAUSE comes before the Court upon the joint Motion of Defendants Michael J. Morrissey, MB Health, LLC and MB Health Performance, LLC and Plaintiffs for an order staying this action and all proceedings and deadlines arising herein insofar as such action, proceedings and deadlines pertain to Defendants Michael J. Morrissey, MB Health Performance, LLC and MB Health, LLC, pending continued settlement discussions among Defendants

Michael J. Morrissey, MB Health, LLC, MB Health Performance, LLC, and Plaintiffs (collectively, the "Moving Parties");

AND IT APPEARING that the Moving Parties have filed numerous pending Motions for relief; that the continued prosecution and defense of this action by the Moving Parties with respect to one another would require the Moving Parties to incur further considerable legal expenses, and would require a substantial expenditure of this Court's time and attention; that the Moving Parties have been involved in good faith efforts to settle this action among themselves and that it would be in the best interests of the Moving Parties and this Court that the Motion be granted;

IT IS, THEREFORE, ORDERED that this action and all proceedings and deadlines arising herein, insofar as such action, proceedings and deadlines pertain to (a) Plaintiffs' claims and applications for relief pertaining to Defendants Michael J. Morrissey, MB Health, LLC and MB Health Performance, LLC or (b) the claims and applications for relief of Defendants Michael J. Morrissey, MB Health, LLC and MB Health Performance, LLC that pertain to Plaintiffs, including but not limited to the following:

(a) Deadline for Defendant Michael J. Morrissey to answer or otherwise respond to the Plaintiffs' "Amended Complaint for Injunctive Relief, Declaratory Relief and Damages" (the "Amended Complaint") (D.E. 18);

(b) Deadline for Defendant Michael J. Morrissey to reply to "Plaintiffs' Memorandum in Opposition to Defendant Michael J. Morrissey's Rule 60 Motion for Relief from Court Orders" (D.E. 36);

(c) Deadline for Defendant Michael J. Morrissey to respond to "Plaintiffs' Renewed Motion for Preliminary Injunction" (D.E. 37);

(d) Deadline for Plaintiffs to respond to "Defendant Michael Morrissey's Motion for Leave to Supplement the Record" (D.E. 53);

(e) Deadline for Defendant MB Health Performance, LLC to answer or otherwise respond to Plaintiffs' Amended Complaint (D.E. 18);

(f) Deadline for Defendant MB Health, LLC to answer or otherwise respond to Plaintiffs' Amended Complaint (D.E. 18),

BE AND HEREBY ARE STAYED for thirty-three (33) days, through and including Monday, September 22, 2014.

It is THEREFORE, ORDERED that the Joint Motion to Stay Pending Settlement Discussions is GRANTED.

**SO ORDERED**.

Signed: August 21, 2014

David S. Cayer
United States Magistrate Judge