IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION FILE NO. 5:14-cv-124-RLV-DSC

| | | |
|---|---|---|
| BEOCARE GROUP, INC. AND BEOCARE, INC., | ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| MICHAEL J. MORRISSEY (INDIVIDUALLY AND IN HIS CAPACITY AS MANAGER AND/OR MANAGING MEMBER OF EM INTERNATIONAL, LLC, EM MEDICAL, LLC, MB HEALTH PERFORMANCE, LLC AND MB HEALTH, LLC), MEDICAL KNITTED STRUCTURES, INC., GARRETT COOPER (INDIVIDUALLY AND IN HIS CAPACITY AS VICE-PRESIDENT OF MEDICAL KNITTED STRUCTURES, INC.), EM INTERNATIONAL, LLC, EM MEDICAL, LLC, SUZANNE SERL (INDIVIDUALLY AND IN HER CAPACITY AS MANAGER OF EM MEDICAL, LLC), MB HEALTH PERFORMANCE, LLC, MB HEALTH, LLC, WILLIAM SMITH, ALLIANCE LABS, LLC, AMY POWERS VALENTINE (INDIVIDUALLY AND IN HER CAPACITY AS MANAGER AND MEMBER OF ALLIANCE LABS, LLC), STEVEN VALENTINE, PHARMACEUTICAL SALES SOLUTIONS, LLC, ROBERT THOMAS (INDIVIDUALLY AND IN HIS CAPACITY AS MANAGER AND MEMBER OF PHARMACEUTICAL SALES SOLUTIONS, LLC), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants | | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Daniel P. Quigley]" (document # 76) filed September 12, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.

Signed: September 12, 2014

David S. Cayer
United States Magistrate Judge