IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00124-RLV-DSC

| | |
|---|---|
| BEOCARE, INC. <br> BEOCARE GROUP, INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> PHARMACEUTICAL SALES SOLUTIONS, LLC <br> MICHAEL J. MORRISSEY <br> MEDICAL KNITTED STRUCTURES, INC. <br> GARRETT COOPER <br> MB HEALTH PERFORMANCE, LLC <br> MB HEALTH, LLC <br> ROBERT THOMAS <br> WILLIAM F. SMITH <br> SUZANNE SERL <br> ALLIANCE LABS, LLC <br> EM INTERNATIONAL, LLC <br> EM MEDICAL, LLC <br> AMY POWERS VALENTINE <br> STEVEN VALENTINE, <br><br> **Defendants.** | **ORDER** |

On October 23, 2015, this Court ordered Plaintiffs to show cause why Amy Powers Valentine and Steven Valentine should not be dismissed without prejudice. Plaintiffs responded stating they do not intend to pursue this matter further against these defendants. Given that Plaintiffs do not object, all claims against Amy Powers Valentine and Steven Valentine are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: November 6, 2015

Richard L. Voorhees
United States District Judge